**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6762**

_____

TOMAS KURTZ-SCHUMACHER, a/k/a Thomas Kurtz,

　　　　　　Plaintiff - Appellant,

　　　　v.

UNKNOWN,

　　　　　　Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jamar Kentrell Walker, District Judge.  (2:24-cv-00030-JKW-DEM)

_____

Submitted:  December 19, 2024　　　　　　　　Decided:  December 27, 2024

_____

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed in part and dismissed in part by unpublished per curiam opinion.

_____

Tomas Kurtz-Schumacher, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tomas Kurtz-Schumacher seeks to appeal the district court's order denying his motion for leave to proceed in forma pauperis and denying without prejudice his motion to appoint counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949). The part of the order denying appointment of counsel is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss this part of the appeal for lack of jurisdiction.

Additionally, although the district court's denial of leave to proceed in forma pauperis is an appealable order over which we have jurisdiction, *see Roberts v. U.S. Dist. Ct.*, 339 U.S. 844, 845 (1950), Kurtz-Schumacher has forfeited appellate review by failing to challenge on appeal the district court's conclusion that he has adequate funds to pay the requisite filing fees. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm this part of the district court's judgment. *Kurtz-Schumacher v. Unknown*, No. 2:24-cv-00030-JKW-DEM (E.D. Va. July 18, 2024).

2

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*DISMISSED IN PART*